UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02-CR-140-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JASMINE ROCHELLS ROBESON | ) |
| | ) |

## ORDER

THIS MATTER IS BEFORE THE COURT upon Defendant's Motions to Reduce Sentence, Motions to Appoint Counsel, and Motion for Certificate of Appealability.

Defendant has filed numerous repetitive motions for the reduction of sentence pursuant to 18 U.S.C. § 3582. For the reasons stated in the Government's Response to Defendant's Motions for Reduction of Sentence Pursuant to the Fair Sentencing Act and 18 U.S.C. § 3582(c)(2), **IT IS ORDERED** that Defendant's motions to reduce sentence [docs. 109, 110, 111, 112, 113, 114, 116] are hereby **DENIED**.

Moreover, Defendant has also filed two motions to appoint counsel [docs. 117 and 121]. **IT IS ORDERED** that these motions are likewise **DENIED**. Defendant has also filed a motion for Certificate of Appealability [doc. 122]. **IT IS ORDERED** that Defendant's Motion for Certificate of Appealability is **DENIED**.

**SO ORDERED.**  Signed: October 19, 2011

Graham C. Mullen
United States District Judge